IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL E. KNIGHT and LORI   )
KNIGHT,                      )
                             )
            Plaintiffs,      )         8:08CV354
                             )
     v.                      )
                             )
STEVEN J. DENNIS, Personal   )         ORDER
Representative of the Estate )
of DENISE C. DENNIS, and     )
MDKD CO., L.L.C., d/b/a      )
O'NEILL GRAIN COMPANY,       )
                             )
            Defendants.      )
_____)
```

This matter is before the Court on the unresisted motion for leave to amend complaint to add party defendant (Filing No. 21). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiffs shall have until January 5, 2009, to file their amended complaint.

DATED this 29th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court