IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL E. KNIGHT and LORI    )
KNIGHT,                       )
                              )
            Plaintiffs,       )         8:08CV354
                              )
      v.                      )
                              )
STEVEN J. DENNIS, Personal    )         ORDER
Representative of the Estate  )
of DENISE C. DENNIS, and      )
MDKD CO., L.L.C., d/b/a       )
O'NEILL GRAIN COMPANY,        )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the stipulation and joint motion for dismissal (Filing No. 50).  Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party pay their own costs.

DATED this 4th day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court